<div style="text-align:right; font-size:2em;">**JS-6**</div>

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KATIA SOLER,<br><br>　　　　　Defendant. | Case No. 8:24-cv-00868-FWS-JPR<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

# JUDGMENT

On August 30, 2024, the court granted in substantial part Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Katia Soler ("Defendant"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Balboa and against Defendant in the total amount of **$233,087.76**, which represents the sum of $212,184.00 in compensatory damages, $12,556.08 in prejudgment interest, $7,843.68 in attorney fees, and $504.00 in costs.

The Clerk is ordered to enter this Judgment forthwith.

DATED: August 30, 2024  _____

Hon. Fred W. Slaughter

UNITED STATES DISTRICT JUDGE

CC: FISCAL